ARCANGELLO ALTIERI, Respondent, *v.* PASQUALE TROTTA, Appellant.

Municipal courts — Review — Judgments and orders reviewable — Judgment by default without service of summons.

APPEAL by the defendant from a judgment in favor of the plaintiff rendered in the Municipal Court of the city of New York, sixth district, borough of Manhattan.

John C. Oldmixon, for appellant.

Frank A. Acer, for respondent.

*Per Curiam:* The judgment was taken by default. The defendant appeals on the ground that he never was served with the summons and has never appeared in the action. This claim seems to be supported by a preponderance of proof. The defendant has adopted the proper practice in appealing directly to this court. Mun. Ct. Act., § 311; 49 Misc. Rep. 456.

The judgment must be held to be invalid, and reversed and complaint dismissed, with costs to appellant.

Present: GILDERSLEEVE, GIEGERICH and ERLANGER, JJ.

Judgment reversed and complaint dismissed, with costs to appellant.